The Victory Webb Printing and Folding Machine Manufacturing Company, Appellant, *v.* Henry Ward Beecher et al., Respondents.

(Argued December 4, 1884; decided December 19, 1884.)

This was an action against the trustees of a manufacturing company to recover a claim against the company, because of alleged failure on the part of the trustees to make and file an annual report. A year after the organization of the corporation had not elapsed when the alleged failure occurred.

The court say:

" The twelfth section of the act of 1848 was repealed and superseded by the act, chapter 510 of the Laws of 1875. (*Knox* v. *Baldwin*, 80 N. Y. 610.) This action was commenced subsequently to the appeal to enforce a penalty under that section. (*Merchants' Bank* v. *Bliss*, 35 N. Y. 412; *Jones* v. *Barlow*, 62 id. 202; *Whitney Arms Co.* v. *Barlow*, 63 id. 62; *Wiles* v. *Suydam*, 64 id. 173; *Bruce* v. *Platt*, 80 id. 379; *Easterly* v. *Barber*, 65 id. 252; *Veeder* v. *Baker*, 83 id. 156; *Pier* v. *George*, 86 id. 613; *Roach* v. *Duckworth*, 95 id. 391; *Stokes* v. *Stickney*, 96 id. 323.) The right of action, therefore, fell with the repeal (*Norris* v. *Crocker*, 13 How. [U. S.] 429; *Butler* v. *Palmer*, 1 Hill, 324, 330; *Curtis* v. *Leavitt*, 15 N. Y. 9, 229; *Sturgis* v. *Spofford*, 45 id. 446, 452), and the judgment should upon that ground be affirmed, with costs."

*George DeForest Lord* for appellant.

*Thomas G. Shearman* and *Thorndike Saunders* for respondents.

Earl, J., reads for affirmance.
All concur.
Judgment affirmed.